Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Federal District of South Carolina
Charleston Division

RCVD - USDC - CHAS, SC
2026 FEB 9 PM 2:58

Christopher W Martin
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Santender Bank U.S
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:26-cv-00537-RMG-MHC
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher W Martin |
| Street Address | 458 Four Season BLVD |
| City and County | Summerville |
| State and Zip Code | South Carolina 29486 |
| Telephone Number | 860 604 9415 |
| E-mail Address | cmartn4704@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Santender Bank
- Job or Title (if known): Fulfilment Center
- Street Address: P.o. Box 831001
- City and County: Boston, Suffolk County
- State and Zip Code: Massachutts 02283-1001
- Telephone Number: 1-877-906-7500
- E-mail Address (if known):

Defendant No. 2
- Name: Santendor Bank U.S
- Job or Title (if known): 10-421-CPZ
- Street Address: P.o. Box 847051
- City and County: Boston, Suffolk
- State and Zip Code: Massachusetts 02283-1001
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Santender Bank N.A
- Job or Title (if known): LEGAL DEPARTMENT
- Street Address: 1401 Elm street, Suite 3500
- City and County: Dallas
- State and Zip Code: Texas 75202
- Telephone Number: 1-877-906-7500
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*American with disabities act*
*Consumer Protection Act*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation

The defendant, *(name)* **Santander Bank**, is incorporated under the laws of the State of *(name)* **Massachusetts**, and has its principal place of business in the State of *(name)* **Massachusetts**. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* **Boston Ma**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**Excessive atm Fees**
**Unfair and abusive pratices**
**Emotional Distress**
**Finacial Distress**
**Physical Distress and Hardship**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Santander has violated my Civil Rights under the Consumer Protection Act, Unfair and abusive pratices since Feb 2017 until Feb 2026. Reprisal for previous legal action from August 2025**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Relief of 20,000,000 USD**
**Refund of all Bank fees**
**Refund of International transaction Fees**
**Refund of all ATM Fees**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2 February 2026

Signature of Plaintiff: Christopher L Martin

Printed Name of Plaintiff: Christopher L Martin

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

RCVD - USDC - CHAS, SC
2026 FEB 9 PM 2:58

United States District court

District of South carolina

Charleston division

Christopher W Martín plantiff

V

Santender Bank N. A Defendant

COMPLAINT

I. JURISDICTION AND VENUE

This Court has federal question jurisdiction under 28 U.S.C. § 1331.

Plaintiff brings claims under:

38 U.S.C. § 5301(a) (Protection of VA Disability Benefits)

42 U.S.C. § 12182 (Americans with Disabilities Act, Title III)

42 U.S.C. § 12203 (ADA Retaliation)

Federal unfair and abusive practices doctrines

Venue is proper in the District of South Carolina because Defendant conducts substantial business within this District and the account relationship is administered within the United States.

II. PARTIES

Plaintiff Christopher W Martin is a disabled veteran receiving VA disability compensation.

Defendant Santander Bank, N.A. is a national banking association providing consumer banking services throughout the United States.

III. STATEMENT OF FACTS

Plaintiff maintains a checking account with Santander Bank, N.A.

Plaintiff's account receives only VA disability benefit deposits, which are federally protected funds.

On January 30, 2026, Plaintiff successfully withdrew approximately 1.5 million Colombian pesos from an ATM.

When Plaintiff attempted an additional withdrawal the same day, Santander restricted Plaintiff's account without notice, explanation, or cause.

Santander provided no advance notice and no written post-deprivation notice.

Plaintiff was immediately denied access to funds necessary for basic living expenses.

Plaintiff incurred repeated out-of-pocket expenses purchasing international calling minutes to contact Santander.

Santander agents repeatedly instructed Plaintiff to visit a branch, despite Plaintiff informing them that no Santander branch exists in Medellín, Colombia, where Plaintiff resides.

Multiple agents, including individuals identifying themselves as Juan, Ishamel, Kia, and Spencer, refused to transfer Plaintiff to a supervisor.

On January 31, an agent identified as Spencer claimed the restriction was caused by a credit bureau block, could not identify the bureau, provided no documentation, and terminated the call.

Another agent, Jody, later stated there were no blocks or holds on the ATM card.

Plaintiff attempted another withdrawal in reliance on that representation; the ATM card failed.

Santander later stated the restriction was an internal bank block, directly contradicting prior statements.

Plaintiff contacted Experian and Equifax and confirmed that no credit bureau block existed.

Santander refuses to accept Plaintiff's current foreign address or valid working foreign telephone number.

Santander requires Plaintiff to disclose real-time physical location and remain on the phone during withdrawals, or face further restrictions.

Santander previously cancelled Plaintiff's ATM card without cause, refused to mail replacements to Plaintiff's current address, and forced Plaintiff's family members to incur expenses forwarding banking materials.

Plaintiff previously filed a lawsuit against Santander in August 2025.

The January 30 account restriction occurred after that protected activity and constitutes reprisal and retaliation.

Santander's conduct caused emotional, physical, and financial distress to Plaintiff and Plaintiff's family.

IV. CLAIMS FOR RELIEF

COUNT I

Unlawful Restriction of VA Disability Benefits

(38 U.S.C. § 5301)

VA disability benefits are exempt from attachment, levy, seizure, or legal process.

Santander restricted Plaintiff's account containing only VA disability funds, unlawfully depriving Plaintiff of protected benefits.

Santander's actions violate 38 U.S.C. § 5301(a).

COUNT II

Americans with Disabilities Act – Denial of Access

(42 U.S.C. § 12182)

Santander is a place of public accommodation.

Plaintiff is a qualified individual with a disability.

Santander failed to provide reasonable accommodations and imposed policies that denied Plaintiff access to banking services.

COUNT III

ADA Retaliation / Reprisal

(42 U.S.C. § 12203)

Plaintiff engaged in protected activity by filing a lawsuit against Santander in August 2025.

Santander had knowledge of that protected activity.

Santander took adverse action by restricting Plaintiff's account and access to VA disability benefits.

The timing and circumstances establish a causal connection.

COUNT IV

Unfair and Abusive Practices / Wrongful Deprivation

Santander's conduct was arbitrary, abusive, deceptive, and lacked due process.

Plaintiff was deprived of property without notice or meaningful opportunity to contest.

V. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

A. Declare Santander's conduct unlawful

B. Order immediate restoration of access to VA disability funds

C. Enjoin Santander from future restrictions of protected benefits

D. Award compensatory damages where permitted

E. Award costs and any applicable attorney's fees

F. Grant such other relief as the Court deems just and proper

G. Damages of 20,000,000

VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Christopher W Martin

Plaintiff, Pro Se

Home of record

458 four season blvd

Summerville, SC 29486

860604 9915

Cmartnz4704@gmail.com

Current address

Calle 57e carrera 85e e-57 apto 302

Colinas de calazans, Medellín, Colombia 005203654

Cell: 57333252318

*[Handwritten annotations:]*
Christopher W. Martin
Christopher W Martin
SSN: ***-**-4704
Born: 1973
Checking account: 5487
Saving account: 4273